[Hillsborough, June, 1883.]

## CLOUGH & a. v. CURTIS.

Reported 62 N. H. 409. Facts found by the court. The creditors' motion to dismiss was granted, and the plaintiffs excepted.

*C. R. Morrison* and *J. H. Andrews*, for the plaintiffs.

*Copeland & Dodge*, for subsequent attaching creditors.

DOE, C. J. The alteration of the writ being material (*Benson* v. *Ela*, 35 N. H. 402, 417, *Clough* v. *Curtis*, 62 N. H. 409, 410, *Moody* v. *Lucier*, 62 N. H. 584, 587), and made after service, the action was rightly dismissed.

*Exceptions overruled.*

STANLEY, J., did not sit: the others concurred.